UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case: 2:21-cr-20417<br>Judge: Roberts, Victoria A.<br>MJ: Altman, Kimberly G.<br>Filed: 06-23-2021 At 12:33 PM<br>INDI USA V. KING (DA) |
| Plaintiff, | |
| v. | VIO: 18 U.S.C. § 922(g)(1) |
| DURAN KING, | |
| Defendant. | |

## **INDICTMENT**

THE GRAND JURY CHARGES:

### **COUNT ONE**
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about March 25, 2021, in the Eastern District of Michigan, the defendant, DURAN KING, having previously been convicted of a felony, that is, a crime punishable by imprisonment for a term exceeding one year, and knowing that he had previously been convicted of a felony, did knowingly possess a firearm, a Taurus PT 24/7 PRO DS pistol, said firearm having been shipped and transported in interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
*Criminal Forfeiture*

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28 United States Code, Section 2461(c).

Upon conviction of the offense charged in Count One of the Indictment, the defendant shall forfeit to the United States any firearms or ammunition involved in or used in any knowing violation of section 922(g).

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

SAIMA S. MOHSIN
United States Attorney

BENJAMIN COATS
Chief, Major Crimes Unit

*s/ Diane Princ*
DIANE PRINC
Assistant United States Attorneys
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
(313) 226- 9524
Diane.Princ@usdoj.gov

Dated: June 23, 2021

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover S | Case: 2:21-cr-20417<br>Judge: Roberts, Victoria A.<br>MJ: Altman, Kimberly G.<br>Filed: 06-23-2021 At 12:33 PM<br>INDI USA V. KING (DA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes  ☒ No | AUSA's Initials: DNP |

Case Title: USA v.  Duran King

County where offense occurred :  Wayne

Check One:   ☒ Felony      ☐ Misdemeanor      ☐ Petty

    ____Indictment/____Information --- **no** prior complaint.
    ✓ Indictment/____Information --- based upon prior complaint [Case number: 21-mj-30197 ]
    ____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

June 23, 2021
Date

Diane N. Princ
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9524
Fax:    313-226-2372
E-Mail address: diane.princ@doj.gov
Attorney Bar #: NY4781159

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.